RECEIVED
2026 OCT 19 P 12: 12

IN THE UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA

ANDREW JACKSON SMITH
PETITIONER, PROSE

V.
WILKI FARR AND GALLAGHER
RESPONDENT

CASE NO: 2:26-cv-00873-RAH-SMD

# CIVIL SUIT FOR BREACH OF CONTRACT

ANDREW JACKSON SMITH, PETITIONER, PRO SE, IS SERVING A THIRTY YEAR SENTENCE FOR MANSLAUGHTER, TO BE FOLLOWED BY AN UNDETERMINED AMOUNT OF TIME FOR REVOCATION OF PROBATION, HE RESIDES AT STATON CORRECTIONAL FACILITY, AIS. NO. 228252-B-74, 2690 MARION SPILLWAY, ELMORE ALABAMA 36025.

PETITIONER HAS MAINTAINED HIS ABSOLUTE ACTUAL INNOCENCE CLAIM SINCE INCEPTION OF LEGAL ISSUES ENCOUNTERED UPON ENTERING ALABAMA, HE ASSERTS AS A CAMPAIGN OF HARRASSMENT BY THE STATE IN EVERY CONCEIVABLE MANNER POSSIBLE.

HE COMES NOW TO EVOKE A REMEDY THROUGH THE COURT FOR BREACH OF CONTRACT, HE IS A BENEFACTOR OF.

PROMISEE DONALD TRUMP ENTERED A LEGALLY ENFORCEBLE PROMISE BY CONTRACT WITH PROMISOR WILKIE FARR AND GALLAGHER LAW FIRM. THE AGREED COVENANT WAS WILKIE, FARR, AND GALLAGHER LAW FIRM WOULD PROVIDE 100 MILLION DOLLARS TO REPRESENT AND RESOLVE (VETERANS WITH) ISSUES OF INJUSTICES. VETERANS ARE THE THIRD PARTY BENEFICIARY WITH RIGHT TO SUE.

JURISDICTION IS WITH THE COURT, WHERE THE BENEFICIARY RESIDES AND IN SUBJECT MATTER AS TO DUE PROCESS.

THE STANDARD OF PERFORMANCE OF CONTRACT REST SUBJECTIVELY AND OBJECTIVELY.

(1) THE BENEFACTORY REMAINS WITH INJUSTICES AS FOLLOWS. ARRESTED IN ALABAMA VIA ENTRAPMENT, DOUBLE JEOPARDY, AND ACTUAL INNOCENCE. TRIED TO MISTRIAL, ENDING "BROKE NO LAW". RETRIED WITHOUT MANIFEST NECESSITY, NUMEROUS VIOLATIONS, CONVICTED 3 CHARGES. 2 LATER ESPUNGED. SERVED SENTENCE. REVOKED DOUBLE JEOPARDY RE-SENTENCE. ARRESTED AGAIN WITHOUT GRAND JURY; DISMISSED. ARRESTED 2ND TIME DOUBLE JEOPARDY AND NON PROCESSED. ARRESTED 3RD TIME RES JUDICIA, ESTOPPEL VIOLATION AND BARED PROCEDURAL. CONVICTED ON CHARGES NEVER INDICTED ON, NOT GUILTY ON SAME CHARGE. V.A. REFUSED TREATMENT, REFUSED TO FURNISH HIM WITH HIS OWN BANK DIRECT DEPOSIT, OVERPAID PERSON REFUSING TO NAME TO VET (BUT CHARGED VET 180,000 DEBT); REFUSED FIDUCIARY, PENALIZED DOUBLE JEOPARDY. ALABAMA STATE SEIZED ALL ASSETS DUE NO CONTACT c̄ INSTITUTIONS WHILE INCARCERATED. ADOC

ALL RECORDS/FILES ARE DENIED THE PETITIONER AND ESSENTIAL FOR ANY DEFENSE. ADOC DENIES ALL MEDICAL CARE AND IMPEDES ACCESS TO COURTS AND LEGAL RESOLUTIONS. LIKELY, NO GREATER MISCARRIAGE OF JUSTICE EXIST IN THE CASE OF AN ABSOLUTE INNOCENT VETERAN IN THE NATION, POSSIBLY EVER IN THE HISTORY OF THE U.S.A.

WILKE FARR AND GALLAGHER DID RESPOND IN PART, BUT FAILED TO PERFORM.

2) REASONABLE PERSON STANDARD, OBJECTIVELY FINDS NO GOOD FAITH EFFORT TO REPRESENT THE PETITIONER/BENEFICIARY. FURTHER, ONE MUST CONSIDER IF THE PROMISOR HAS SPENT ONE CENT TO ASSIST ANY VETERAN OF THE PROMISE, TO DATE, YEARS PAST.

PETITIONER DEMANDS SPECIFIC PERFORMANCE OF THE CONTRACT. THE PETITIONER IS OPEN TO A COUNTER OFFER IN DAMAGES TO WHICH CAN BE MADE TO FIDUCIARY, BUT ONLY UPON PETITIONER'S AGREEMENT. FIDUCIARY CONTACT IS MR. RICHARD ROUSH BY PHONE 251-554-0056.

I CERTIFY A COPY IS SERVED WILKE FARR AND GALLAGHER, 787 SEVENTH AVE, N.Y., N.Y. 10019 BY U.S. MAIL N.L.T. OCT. 19, 2026

ATTACHED: DD 214, DISABLITY RATING V.A.

10-14-26 Andrew Jackson Smith

ANDREW JACKSON SMITH, U.S. ARMY SPECIAL FORCES 82-92'; TOTAL AND PERMANENTLY DISABLED VETERAN; ORDAIN MINISTER/CHAPLAIN; CERT CHRISTIAN COUNCELOR; EMT-PARAMEDIC; B.S. NURSING; PUBLISHED; INDIGENT; ABSOLUTE ACTUAL INNOCENCE INCARCERATED SINCE 2001

ANDREW JACKSON SMITH
STATON CORR. FAC. 228252-B-74
2690 MARTON SPILLWAY
ELMORE AL 36025

MONTGOMERY AL 360
17 OCT 2026 AM 3 L




USDC, MIDDLE DIST. of AL
~~P.O.B. 7##~~ ONE CHURCH ST., SUITE B-110
MONTGOMERY AL. 36104-4018

LEGAL MAIL